**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**COLUMBUS DIVISION**

| | | |
|---|---|---|
| **LAKEVIEW LOAN SERVICING, LLC,**<br>    **Plaintiff,** | § | |
| | § | |
| **VS.** | § | **CIVIL ACTION NO.** |
| | § | **4:25-cv-00209-CDL** |
| | § | |
| **CHRISTIAN GAMBOA AND UNITED** | § | |
| **STATES OF AMERICA ON BEHALF** | § | |
| **OF THE SECRETARY OF HOUSING** | § | |
| **AND URBAN DEVELOPMENT,** | § | |
|    **Defendants.** | § | |

## ORDER GRANTING SERVICE BY PUBLICATION

The Court has considered Lakeview Loan Servicing, LLC's Motion to Effectuate Service by Publication filed on June 9, 2026. After carefully considering the Motion, the Court is of the opinion that the Motion is well taken and should be Granted to the following extent.

**IT IS ORDERED** that Plaintiff shall effectuate service of process by: (1) publishing the Summons addressed to Defendant Christian Gamboa in The Harris County Journal one day a week for four consecutive weeks; and (2) mailing the Summons and Complaint by regular mail to Defendant Christian Gamboa at the last known address for him as ascertained by Plaintiff through reasonable diligence.

**IT IS FURTHER ORDERED** that such service, when completed, shall be deemed to constitute effective service of process upon Defendant.

Signed this 10th day of June, 2026.

S/Clay D. Land
_____
United States District Judge